IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **DANIEL MARK WILLIAMS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 6:24-cv-03239-MDH |
| **ALOK JAIN, MD,** | ) |
| **ALISHA BREANNA JAIN, DNP,** | ) |
| **HONOUR BRITE, LLC,** | ) |
| **Defendants.** | ) |

## ORDER

On November 18, 2024 the Court ordered Plaintiff to show cause within ten days why this case should not be dismissed based on his failure to request summons to be issued and failure to attempt service of process on Defendants pursuant to Fed. Rul. Civ. P. 4. (Doc. 3). Plaintiff submitted an affidavit of legal process service the same day. However, nothing submitted to the Court shows why this case should not be dismissed based on Plaintiff's failure to request summons to be issued and failure to attempt service on process on Defendants. The Court hereby dismisses this case without prejudice.

**IT IS SO ORDERED**.
DATED: December 2, 2024

                                            */s/ Douglas Harpool*
                                            **DOUGLAS HARPOOL**
                                            **UNITED STATES DISTRICT JUDGE**